**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000050
12-JUN-2020
09:27 AM**

NO. CAAP-20-0000050

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
FRANCIS A. GRANDINETTI, also known as ALBERT FERNANDEZ,
also known as FRANK MYERS, also known as FRANK IRANDINE,
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3PC930000141)

ORDER DENYING MOTION FOR RECONSIDERATION OF MAY 20, 2020
ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Ginoza, Chief Judge, Leonard and Chan, JJ.)

Upon review of (1) this court's May 20, 2020 order dismissing appeal for lack of appellate jurisdiction and dismissing all pending motions as moot, (2) Defendant-Francis A. Grandinetti's (Grandinetti) non-conforming May 27, 2020 motion for reconsideration of the May 20, 2020 dismissal order pursuant to Rule 40 of the Hawaiʻi Rules of Appellate Procedure (HRAP), and (3) the record, it appears that we did not overlook or

misapprehend any points of law or fact when we entered the May 20, 2020 dismissal order.

Therefore, IT IS HEREBY ORDERED that Grandinetti's May 27, 2020 HRAP Rule 40 motion for reconsideration of the May 20, 2020 dismissal order is denied.

DATED:  Honolulu, Hawaiʻi, June 12, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge